D.C.

**Dec 13, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **18-20959-CR-WILLIAMS/TORRES**

18 U.S.C. § 1546(a)

**UNITED STATES OF AMERICA**

vs.

**ERLYN NOE VILLATORO,**

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about June 4, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### ERLYN NOE VILLATORO,

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation

for entry into and as evidence of authorized stay and employment in the United States, that is, an

immigration order of supervision, which the defendant knew was procured by means of a false

claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained,

in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MONICA V. ATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ERLYN NOE VILLATORO,

Defendant.

_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

New Defendant(s)     Yes _____ No _____
Number of New Defendants   _____
Total number of counts    _____

**Court Division:** (Select One)

__x__ Miami    _____ Key West
_____ FTL    _____ WPB    _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    Yes
    List language and/or dialect    Spanish

4.  This case will take   2-3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I      0 to 5 days        __X__        Petty        _____
    II     6 to 10 days       _____      Minor        _____
    III    11 to 20 days      _____      Misdem.      _____
    IV     21 to 60 days      _____      Felony       __X__
    V      61 days and over   _____

6.  Has this case been previously filed in this District Court?   (Yes or No)    No
    If yes:  Judge: _____  Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No
    If yes:  Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    _____ Yes  __X__ No

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    _____ Yes  __X__ No

MONICA V. ATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502357

\*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Names:**   ERLYN NOE VILLATORO

**Case No:**

Count #: 1

Possession of an Entry Document Obtained by Fraud

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**